MARY DEWHURST, as Administratrix of the Estate of
THOMAS DEWHURST, Deceased, Respondent, *v.* ROBINS
DRY DOCK AND REPAIR COMPANY, Appellant.

*Dewhurst* v. *Robins D. D. & R. Co.*, 172 App. Div. 929, affirmed.
(Argued March 18, 1918; decided April 2, 1918.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered February 3, 1916, *unanimously*
affirming a judgment in favor of plaintiff entered upon
a verdict in an action, under the Employers' Liability
Act, to recover for the death of plaintiff's intestate
alleged to have been occasioned through the negligence
of the defendant, his employer. The injuries resulting
in the death of intestate were caused by an explosion
and fire which occurred in the wheel house of an oil
barge undergoing repairs in defendant's dry dock at the
foot of Beard street, Brooklyn. Plaintiff claimed that
the explosion was the result of an order or direction given
by a foreman, for whose negligence in giving the order
the defendant was responsible.

*Frederick W. Catlin* and *Robert H. Woody* for appellant.
*George F. Hickey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, HOGAN,
MCLAUGHLIN and CRANE, JJ. Not sitting: HISCOCK,
Ch. J.